IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY | : | Case No. 3:15-CV-00398 |
| Plaintiff, | : | Judge Walter H. Rice |
| -v- | : | |
| ANETSBERGER, LLC, et al. | : | |
| Defendants. | : | |

## ORDER APPROVING PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Court approves Plaintiff's, Cincinnati Insurance Company, dismissal of the First Amended Complaint against Defendants Anetsberger Brothers, Inc. and Anets, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: May 2, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

1